UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CUSTOMINK, LLC,  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>PRINTFLY CORPORATION  )<br>d/b/a RUSHORDERTEES.COM,  )<br>    Defendant.  )<br>  ) | Civ. No. 1:15cv1177 |

## MEMORANDUM OPINION

THIS MATTER comes before the Court on Defendant Printfly Corporation d/b/a Rushordertees.com's Motion for Protective Order Pertaining to Plaintiff's Interrogatories Numbers 16, 20, 21, and Request for Production of Documents 181, 184, and 185 (Dkt. 60). Upon consideration of the pleadings, the Court finds no basis for finding that plaintiff's counsel has violated the terms of the Stipulated Protective Order or will do so in the future. The Court further finds that the Stipulated Protective Order is sufficient to safeguard defendant's sensitive business information and, therefore, the motion is denied. An appropriate order shall issue.

                                                                   /s/
                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE

February 26, 2016
Alexandria, Virginia